OPINION — AG — PURSUANT TO 63 O.S. 1971, 1-206.1 [63-1-206.1], A COUNTY, DISTRICT, COOPERATIVE, OR CITY COUNCIL HEALTH DEPARTMENT MAY NOT CHARGE PATIENTS FOR PROFESSIONAL SERVICES RENDERED BY A DENTIST, BUT MAY, WITH THE APPROVAL OF THE COMMISSIONER OF HEALTH, COLLECT FEES FOR SERVICES RENDERED BY THE PROFESSIONAL DENTAL STAFF. CITE: 63 O.S. 1971, 1-206.1 [63-1-206.1] (AMALIJA J. HODGINS)